ACCEPTED
06-15-00024-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/23/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00024-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/21/2015 8:12:12 AM

DEBBIE AUTREY
Clerk

## *Rodney Boyett, Appellant*
## *v.*
## *State of Texas, Appellee*

**On Appeal from the 6th Judicial District Court
Lamar County, Texas
Cause Number 25506**

# Appearance of Michael Mowla as Counsel  for Rodney Boyett

**Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Michael Mowla enters this appearance of counsel for Appellant Rodney Boyett. Mowla gives notice to the Court and the State that all communications intended for Appellant should be sent directly to Mowla.

## Prayer

Appellant prays that the Court enter Michael Mowla as counsel for Appellant.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

/s/ **Michael Mowla**
Michael Mowla

## Certificate of Service

This certifies that on February 21, 2015, a true and correct copy of this document was served on Gary Young of the District Attorney's Office, Lamar County, by email to gyoung@co.lamar.tx.us.


**/s/ Michael Mowla**
Michael Mowla